UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

REGINALD KNOX #167359,

    Plaintiff,

v.                                                        Hon. Paul L. Maloney

PHILLIP J. GREEN, et al.,                        Case No. 1:22-cv-00433

    Defendants.
_____/

## ORDER DENYING LEAVE TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

This is a civil action brought under 10 U.S.C. § 1109. On June 13, 2022, the Court entered an order and judgment dismissing the action. Plaintiff now has filed a notice of appeal and a motion for leave to proceed *in forma pauperis* on appeal. (ECF Nos. 11, 12).

Detailed reasons for dismissal of the complaint were provided in the report and recommendation adopted by the Court. (Report and Recommendation, ECF No. 3) The Court reaffirms its decision and finds that the issues on which Plaintiff might seek review are frivolous.

IT IS ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (ECF No. 12) is DENIED. If Plaintiff wishes to proceed with his appeal, he must pay the $505.00 appellate fee to the Clerk of this Court within 28 days of this order. See 28 U.S.C. §§ 1913, 1917; 6 Cir. I.O.P. 3; Court of Appeals Miscellaneous Fee Schedule § 1 (Dec. 1, 2013). Alternatively, Plaintiff may file a motion for leave to proceed *in forma pauperis* in the Court of Appeals pursuant to the requirement set forth in Fed. R. App. P. 24(a)(5).

IT IS SO ORDERED.

Date: July 18, 2022                                               /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge